IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JEREMY S. HANSHAW,<br>RONALD S. HATFIELD, and<br>JASON D. MAYS,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:14-cr-120<br><br>Judge Timothy S. Black<br><br><br>VERDICT FORM |

### COUNT ONE (Conspiracy Against Rights, 18 U.S.C. § 241)

11. How do you find the defendant, Jeremy S. Hanshaw, as to Count One, guilty or not guilty?

   Guilty_____    Not Guilty__✓_____

12. How do you find the defendant, Ronald S. Hatfield, as to Count One, guilty or not guilty?

   Guilty_____    Not Guilty__✓_____

13. How do you find the defendant, Jason D. Mays, as to Count One, guilty or not guilty?

   Guilty_____    Not Guilty__✓_____

-50-

## COUNT TWO (Deprivation of Rights Under Color of Law, 18 U.S.C. § 242)

14. How do you find the defendant, Jeremy S. Hanshaw, as to Count Two, guilty or not guilty?

 Guilty_____   Not Guilty____✓____

15. How do you find the defendant, Ronald S. Hatfield, as to Count Two, guilty or not guilty?

 Guilty_____   Not Guilty____✓____

16. How do you find the defendant, Jason D. Mays, as to Count Two, guilty or not guilty?

 Guilty_____   Not Guilty____✓____

## COUNT THREE (Destruction, Alteration, or Falsification of Records in Federal Investigations, 18 U.S.C. § 1519)

17. How do you find the defendant, Ronald S. Hatfield, as to Count Three, guilty or not guilty?

 Guilty_____   Not Guilty____✓____

18. How do you find the defendant, Jason D. Mays, as to Count Three, guilty or not guilty?

 Guilty_____   Not Guilty____✓____

## COUNT FOUR (Destruction, Alteration, or Falsification of Records in Federal Investigations, 18 U.S.C. § 1519)

19. How do you find the defendant, Jeremy S. Hanshaw, as to Count Four, guilty or not guilty?

    Guilty_____          Not Guilty__✓_____

## COUNT FIVE (Destruction, Alteration, or Falsification of Records in Federal Investigations, 18 U.S.C. § 1519)

20. How do you find the defendant, Jeremy S. Hanshaw, as to Count Five, guilty or not guilty?

    Guilty_____          Not Guilty__✓_____

**The foregoing constitutes the unanimous verdict of the jury.**

October 2, 2015
Date

/s/
Foreperson (Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

/s/
(Juror #___)

-52-